COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-170-CV

DORTHY MORGAN, INDIVIDUALLY AND APPELLANT

AS ADMINISTRATOR OF THE ESTATE OF 

CLINTON MORGAN, JR., DECEASED 

V.

DALE MOQUIST, M.D. APPELLEE

----------

FROM THE 30TH DISTRICT COURT 
OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  August 24, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.